NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
GWENDOLYN M. GAMBLE (Cal. Bar No. 143267)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6684
    Facsimile: (213) 894-7819
    E-mail: gwen.gamble@usdoj.gov

Attorneys for UNITED STATES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAUDIA BECHARA ROBINSON, | No. CV 20-02310 |
| Plaintiffs | |
| v. | NOTICE OF REMOVAL OF CIVIL ACTION |
| CARLOS S. RODRIGUEZ, M.D. and DOES 1 through 20, inclusive, | |
| Defendants. | [42 U.S.C. § 233(c)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 42 U.S.C. § 233(c), the United States hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On October 4, 2019, Plaintiff Claudia Bechara Robinson filed a civil action against Defendant Carlos S. Rodriguez, M.D. (Defendant") in the Superior Court of the State of California for the County of Los Angeles, Case No. 19STCV35494. The Complaint alleges causes of action for medical negligence. A copy of the Complaint and other pleadings obtained to date are attached hereto as Exhibit 1.

2. Pursuant to the Federally Supported Health Centers Assistance Act of 1992, 42 U.S.C. § 233(g), Defendant Carlos S. Rodriguez, M.D., as an employee of the Center for Family Health & Education, Inc. (dba Priority Medical Group), a public or nonprofit entity receiving Federal funds under Sections 254b, 254c, 256 and/or 256a of the Public Health Services Act, was acting within the scope of employment as a deemed employee of the Public Health Service of the United States at all times material to the incidents alleged in the Complaint. A duly executed Certification of the Chief of the Civil Division for the Central District of California, attesting to the foregoing, is attached as Exhibit 2.

3. Upon certification that a defendant was acting in the scope of their employment, a civil action commenced in State court shall be removed by the United States any time before trial to the district court of the United States of the district and division embracing the place wherein it is pending. 42 U.S.C. § 233(c). Accordingly, this action is one that is entitled to be removed to this Court by the United States.

4. This Court has exclusive jurisdiction over civil actions for money damages for injury allegedly caused by the negligent or wrongful act or omission of an employee of the United States that purportedly occurred in the scope of employment. 28 U.S.C.

§ 1346(b).

5. Removal is timely under 42 U.S.C. § 233(c) as no trial has occurred in Case No. 19STCV35494.

6. No bond is required under the terms of 42 U.S.C. § 233(c).

WHEREFORE, the action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. 19STCV35494, is removed to the United States District Court for the Central District of California.

Dated: March 10, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   */s/ Gwendolyn M. Gamble*
GWENDOLYN M. GAMBLE
Assistant United States Attorney

Attorneys for UNITED STATES

2